UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

Juan Rodriguez, et al.

v.                                                          Case Number: 5:15−cv−00175

James Strickler, et al.

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable J Scott Hacker**

**PLACE:**        by telephone
                  United States Courthouse
                  1300 Victoria Street
                  Laredo, Texas 78040

**DATE:**         8/18/2016

**TIME:**         11:00 AM

**TYPE OF PROCEEDING:**       Status Conference


Date:   August 9, 2016

                                                            David J. Bradley, Clerk