United States District Court
Southern District of Texas
**ENTERED**
September 01, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JUAN RODRIGUEZ, ET AL., | § § § | |
| Plaintiffs, | § | |
| v. | § § | Case No. 5:15-cv-175 |
| JAMES STRICKLER, ET AL., | § § | |
| Defendants. | § § § | |

## ORDER OF DISMISSAL

The Parties have filed a Joint Motion to Dismiss with Prejudice, informing the Court that they have settled their disputes. (Dkt. 14). The Motion is GRANTED, and the case is DISMISSED with prejudice.

DONE at Laredo, Texas, this 1st day of September, 2016.

_____
George P. Kazen
Senior United States District Judge